# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YTURRALDE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AZTEC FORECLOSURE CORPORATION, a corporation; SABADELL UNITED BANK, N.A., a national association; LYDIAN MORTGAGE, a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 15-cv-00210 NC<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

On February 4, 2015, defendant Sabadell United Bank filed a motion to dismiss the first through eighth claims in the complaint filed by pro se plaintiff James Yturralde. Dkt. No. 7. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Where, as in this case, the motion was not served through the Court's Electronic Case Filing (ECF) system, *see* Dkt. No. 7 at 21, these deadlines are extended by 3 days. Civ. L.R. 7-3(a). While Sabadell United Bank filed an amended notice continuing the hearing on the motion to dismiss from March 11 to April 8, 2015, the continuance of the hearing does not extend the time for filing the opposing papers. Dkt. No. 13; Civ. L.R. 7-7(d).

Accordingly, Yturralde's response to Sabadell United Bank's motion was due by February 23, 2015. Yturralde has not filed a response. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Yturralde has until March 19, 2015, to oppose Sabadell United Bank's motion to dismiss (or file a statement of nonopposition) and to show cause why his first through eighth claims against Sabadell United Bank should not be dismissed. Yturralde's failure to respond will result in dismissal of those claims with prejudice.

Yturralde has also failed to file a consent or declination to proceed before a magistrate judge by the February 25 deadline previously set by the Court. Yturralde must file a consent or declination no later than March 19, 2015.

IT IS SO ORDERED.

Date: March 5, 2015

Nathanael M. Cousins
United States Magistrate Judge