**KEEFE ROBERTS & ASSOCIATES, PLC**
Keefe E. Roberts, Esq. Bar No. 212643
Email: kroberts@kralawfirm.com
Tracy L. Anielski, Esq. Bar No. 140476
Email: tanielski@kralawfirm.com
6 Venture, Suite 305
Irvine, California 92618
Tel: (949) 242-7979
Fax: (888) 808-4420

Attorneys for Defendant,
SABADELL UNITED BANK, N.A.

KEEFE ROBERTS & ASSOCIATES, PLC
6 Venture, Suite 305
Irvine, CA, 92618

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE COURTHOUSE**

JAMES YTURRALDE, an individual,

Plaintiff,

v.

AZTEC FORECLOSURE CORPORATION, a corporation; SABADELL UNITED BANK, N.A., a national association; LYDIAN MORTGAGE, a corporation; and DOES 1 through 50, inclusive,

Defendants.

**Case No.** 5:15-cv-00210-NC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES**

The Court having considered the motion of Defendant SABADELL UNITED BANK, N.A. ("Sabadell") to (1) continue the Case Management Conference ("CMC") currently scheduled for April 1, 2015; and (ii) to continue the accompanying deadlines contained in the Court's Order Setting Initial Case Management Conference and ADR Deadlines issued on January 15, 2015, and its supporting documents, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The Case Management Conference currently scheduled for April 1, 2015, is continued to June 10, 2015, 2015, at 10:00 a.m., in Courtroom 7, 4th Floor, San Jose.

3. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order, is continued to June 3, 2015.

Dated: March 11, 2015

Hon[...]
Uni[...]agistrate

KEEFE ROBERTS & ASSOCIATES, PLC
6 Venture, Suite 305
Irvine, CA, 92618