1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8

9  JAMES YTURRALDE, an individual,           Case No. 15-cv-00210 NC
10             Plaintiff,                    **SECOND ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION**
11     v.
12  AZTEC FORECLOSURE                        Re: Dkt. No. 26
    CORPORATION, a corporation;
13  SABADELL UNITED BANK, N.A., a
    national association; LYDIAN
14  MORTGAGE, a corporation; and DOES 1
    through 50, inclusive,
15
               Defendants.
16

17
18      This case was removed by Sabadell United Bank on the basis of federal question
19  jurisdiction. *See* Dkt. No. 1 at 3-6. Because the assertion regarding federal question
20  jurisdiction appeared to lack merit, the Court previously ordered Sabadell United Bank to
21  show cause why this case should not be remanded to state court for lack of subject matter
22  jurisdiction. Dkt. No. 14. After the Court issued the order to show cause, the Federal
23  Deposit Insurance Corporation, as receiver for Lydian Private Bank, N.A. ("FDIC -
24  Receiver"), erroneously sued as Lydian Mortgage, filed a notice that FDIC - Receiver
25  consents to the removal of the action. Dkt. Nos. 11, 17. The Court discharged the order to
26  show cause, finding that it has jurisdiction over this action under 12 U.S.C.
27  § 1819(b)(2)(A) if FDIC - Receiver is a party to this action. However, the Court noted that
28  FDIC - Receiver has not formally moved to be substituted as a party and gave FDIC -

Case No. 15-cv-00210 NC
SECOND ORDER TO SHOW CAUSE

Receiver a deadline to file such a motion by March 20, 2015. Dkt. No. 26. To date, FDIC - Receiver has not moved to be substituted as a party.

By April 3, 2015, FDIC - Receiver must either file a motion to be substituted as a party or show cause in writing why the case should not be remanded to state court for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Date: March 27, 2015

                                        Nathanael M. Cousins
                                        United States Magistrate Judge