UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES YTURRALDE,
IRENE YTURRALDE,

Plaintiffs,

v.

AZTEC FORECLOSURE CORPORATION, et al.,

Defendants.

Case No. 15-cv-00210 NC

**SCHEDULING ORDER AND NOTICE OF DEFICIENCY**

Re: Dkt. Nos. 42, 47

Pending before the Court are two motions to dismiss, Dkt. Nos. 42, 44, and a motion to continue the June 17, 2015 case management conference for sixty days. Dkt. No. 46. Additionally, plaintiffs have not responded to Sabadell's motion to dismiss, which was due on June 1, 2015. Finally, defendant Aztec Foreclosure Corporation has not appeared in this Court. Thus, the Court sets the following schedule:

1. Plaintiffs must file an opposition or statement of non-opposition to Sabadell's motion to dismiss (Dkt. No. 42) by June 9, 2015.
2. Sabadell's motion to dismiss (Dkt. No. 42) hearing is moved to July 8, 2015.
3. The June 17, 2015 case management conference is moved to August 19, 2015.
4. Irene Yturralde must file her consent or declination to magistrate judge jurisdiction by June 9, 2015.
5. Plaintiffs must serve (1) the amended complaint, (2) a consent or declination form, and (3) a copy of this order on Aztec Foreclosure Corp. and provide proof

Case No. 15-cv-00210 NC

1 of service for the Court by June 9, 2015.

2  6. Aztec Foreclosure Corp. must file its consent or declination to magistrate judge

3  jurisdiction within 7 days of its appearance.

For additional guidance, plaintiffs may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Federal Pro Se Program at the San Jose Courthouse, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm), or The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am – 12:00 pm), or by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-00210 NC                             2