UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YTURRALDE, IRENE YTURRALDE<br><br>Plaintiffs,<br><br>v.<br><br>AZTEC FORECLOSURE CORPORATION, et al.,<br><br>Defendants. | Case No.15-cv-00210-NC<br><br>**REFERRAL AND RECOMMENDATION TO DISMISS**<br><br>Re: Dkt. Nos. 42, 44 |

Plaintiffs James and Irene Yturralde sued defendants, alleging wrongful foreclosure of their house. On May 1, 2015, plaintiffs filed a first amended complaint with the Court's permission, and defendants moved to dismiss. Dkt. Nos. 38, 42, 44. Plaintiffs' opposition to Sabadell's motion to dismiss was due on June 1, 2015. Plaintiffs' opposition to the FDIC's motion to dismiss was due on June 18, 2015. No opposition has been filed. The Court previously ordered plaintiff Irene Yturralde to file a consent or declination by June 9, 2015, which she did not do. Dkt. No. 49. Additionally, the Court required plaintiffs to respond or submit a statement of non-opposition to Sabadell's motion to dismiss by June 9, 2015. No opposition has been filed. Finally, defendant Aztec Foreclosure Corp. has not appeared in this Court, and plaintiffs have not served defendant Aztec Foreclosure Corp. with the amended complaint. The Court required plaintiffs to do so and provide proof of service by June 9, 2015, which was not completed.

Case No.:15-cv-00210-NC

This Court does not have the consent of the parties, so the Court refers the case for reassignment to a district judge and recommends that the district judge dismiss the case for failure to oppose the motions to dismiss and failure to prosecute the case.  *See* Fed. R. Civ. P. 41(b).  Because the Court recommends dismissal, the Court does not reach the FDIC's request to transfer the case.  Dkt. No. 44.

Any party may object to this order within 14 days.  Fed. R. Civ. P. 72.

**IT IS SO ORDERED.**

Dated:  June 19, 2015                    _____
                                        NATHANAEL M. COUSINS
                                        United States Magistrate Judge