UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES YTURRALDE and IRENE YTURRALDE,<br><br>Plaintiffs,<br><br>v.<br><br>AZTEC FORECLOSURE CORPORATION, et al.,<br><br>Defendants. | Case No. 15-CV-00210-LHK<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT CASE BE DISMISSED FOR FAILURE TO PROSECUTE** |

The Court has reviewed U.S. Magistrate Judge Nathanael M. Cousins's Report and Recommendation (the "Report") to dismiss Plaintiffs' case for failure to prosecute. *See* ECF No. 52. The Report was filed on June 19, 2015, and mailed to Plaintiffs that same day. ECF No. 52-1. The time for objections has passed, and Plaintiffs have not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the Report, as well as the record in this case, the Court finds that the Report is well-founded in fact and in law, and therefore adopts the Report with one exception: the Court notes that on June 25, 2015—24 days after the statutory deadline, 17 days after the extended

1

Case No. 15-CV-00210-LHK
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT CASE BE DISMISSED FOR FAILURE TO PROSECUTE

1 deadline allowed by Judge Cousins, and 6 days after the Report was issued—Plaintiffs filed an
2 opposition to Defendant Sabadell's motion to dismiss, with no explanation or excuse for the
3 opposition's untimeliness.  ECF No. 55.  To date, Plaintiffs still have not opposed the motion to
4 dismiss filed by Defendant Federal Deposit Insurance Corporation ("FDIC"), although that
5 opposition was due on June 18, 2015.

6 Based on Plaintiffs' failure to timely oppose Sabadell's motion to dismiss, their failure to
7 oppose the FDIC's motion to dismiss, their failure to file objections to the Report, and their
8 consistent refusal to follow the Local Rules and the many orders issued by Judge Cousins as set
9 forth in the Report, the Court hereby ADOPTS the Report to dismiss Plaintiffs' case for failure to
10 prosecute.  Accordingly, the Court hereby VACATES the motion hearings and initial case
11 management conference set for September 24, 2015, at 1:30 p.m.

12 The Clerk shall close the case file.

13 **IT IS SO ORDERED.**

15 Dated: July 16, 2015

_____
LUCY H. KOH
United States District Judge